**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1498**

In re: KAREEM JAMAL CURRENCE,

            Petitioner.

On Petition for Writ of Mandamus.  (5:18-ct-03038-BO)

Submitted:  July 19, 2018                                      Decided:  July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kareem Jamal Currence, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Jamal Currence petitions for a writ of mandamus, alleging that a United States Magistrate Judge has unduly delayed his civil rights action, and he seeks an order from this court directing the judge to act. The present record reveals no undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*